PROB 12C
(6/16)

Report Date: September 23, 2016

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 26, 2016

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Willie Jasway, III    Case Number: 0980 1:14CR02006-FVS-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: August 28, 2014

| | | |
|---|---|---|
| Original Offense: | Possession of a Firearm by Prohibited Person, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison 33 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Shawn N. Anderson | Date Supervision Commenced: July 27, 2016 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: July 26, 2019 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month. |

**Supporting Evidence**: Mr. Jasway failed to report to the United States Probation Office during the month of September 2016 as directed.

On August 15, 2016, Mr. Jasway meet with a United States Probation Officer (USPO) who instructed him to report to the office within the first 5 days of September 2016. He failed to do so.

On September 1, 2016, officers from United States Probation attempted to make contact with Mr. Jasway at his residence. They were unsuccessful and left a business card with instructions for him to call the office. He failed to do so.

On September 9, 2016, officers from United States Probation attempted again to make contact with Mr. Jasway at his residence. They were able to contact his brother who stated Mr. Jasway was not home at the time. He also stated that neither he nor his brother had a working phone. At this time, a USPO left a business card with the brother directing Mr. Jasway to report to the office on September 12, 2016, by 1 p.m. The brother stated he would assist Mr. Jasway in getting to the office. Mr. Jasway failed report.

On September 12, 2016, Mr. Jasway called the office and spoke with a USPO. He stated he would not be able to report as directed due to transportation issues. The USPO directed him to report to the office, in person on September 13, 2016, but he failed to do so.

On September 19, 2016, this officer attempted to make contact with Mr. Jasway at his residence. This officer was able to contact Mr. Jasway's brother who stated the offender was not home. A business card was left with instructions for Mr. Jasway to call this officer that same day. To date Mr. Jasway has failed to report or contact this officer.

2      **Special Condition # 16**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Mr. Jasway failed to complete a substance abuse disorder evaluation as directed.

On July 29, 2016, Mr. Jasway was instructed by this officer to complete a substance abuse disorder evaluation within 2 weeks from that date.

On August 4, 2016, a USPO met with Mr. Jasway at his residence. At that time, the USPO asked Mr. Jasway if he had completed a substance abuse disorder assessment. Mr. Jasway advised he had not. The USPO directed him to inform the probation office once the assessment was complete.

On September 22, 2016, this officer called staff at Merit Resource Services in Toppenish, Washington, to confirm Mr. Jasway had completed a substance abuse disorder evaluation. Merit staff stated he had not completed an evaluation.

3      **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Jasway failed to comply with random urinalysis testing on August 5, 15, 23 and September 8, 16, 2016.

On July 29, 2016, Mr. Jasway was instructed to participate in random urinalysis testing at Merit Resource Services (Merit).

The United States Probation Office received notices from Merit stating the offender failed to report to their office for urinalysis testing on August 5, 15, 23 and September 8, 16, 2016.

Prob12C
Re: Jasway, Willie
September 23, 2016
Page 3

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   s/Jonathan G. Barcom

September 23, 2016

Jonathan G Barcom
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

*Fred Van Sickle*

Signature of Judicial Officer

September 26, 2016

Date