PROB 12C
(6/16)

Report Date:  March 16, 2017

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

3/16/17

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Willie Jasway, III          Case Number: 0980 1:14CR02006-SMJ-1

Address of Offender:                    White Swan, Washington 98952

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: August 28, 2014

| | | |
|---|---|---|
| Original Offense: | Possession of a Firearm by Prohibited Person, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison 33 - months; TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (12/14/2016) | Prison 27 - days; TSR - 35 months | |
| Asst. U.S. Attorney: | Alvin Guzman | Date Supervision Commenced: December 16, 2016 |
| Defense Attorney: | Jeffrey S. Dahlberg | Date Supervision Expires: November 15, 2019 |

## PETITIONING THE COURT

### To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. |
| | **Supporting Evidence**: On March 13, 2017,  Mr. Jasway failed to report to the United States Probation Office as directed. |
| | On March 9, 2017, this officer received a phone call from a counselor at Merit Resource Service.  During that call, this officer spoke with Mr. Jasway and directed him to report to the probation office on March 13, 2017.  He failed to report as directed. |
| 2 | **Special Condition # 21**: The defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

Prob12C
**Re: Jasway, Willie**
**March 16, 2017**
**Page 2**

**Supporting Evidence**: On or about February 23, 2017, and March 9, 2017, Mr. Jasway consumed methamphetamine

On February 23, 2017, this officer received a phone call from a counselor at Merit Resource Service (Merit). The counselor advised Mr. Jasway provided a urinalysis (UA) sample which tested presumptive positive for methamphetamine. The sample was sent to the lab and was confirmed positive for methamphetamine on March 3, 2017. Additionally, the offender admitted to using methamphetamine and signed an admission of drug use form.

On March 9, 2017, this officer received a phone call from a counselor at Merit. The counselor advised Mr. Jasway provided a UA sample which tested presumptive positive for methamphetamine. The counselor stated the sample would be sent to the lab for confirmation.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    03/16/2017

s/Jonathan G. Barcom

Jonathan G Barcom
U.S. Probation Officer

---

THE COURT ORDERS

[  ]    No Action
[X]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[  ]    Other

Signature of Judicial Officer

03/16/2017

Date