PROB 12C
(6/16)

Report Date: February 16, 2018

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 16, 2018

SEAN F. McAVOY, CLERK

Name of Offender: Willie Jasway, III      Case Number: 0980 1:14CR02006-SMJ-1

Address of Offender:                                , White Swan, Washington 98952

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: August 28, 2014

| | | |
|---|---|---|
| Original Offense: | Possession of a Firearm by Prohibited Person, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 33 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (12/14/2016) | Prison - 27 days; TSR - 35 months | |
| Revocation Sentence: (10/11/2017) | Prison - 6 months; TSR - 29 months | |
| Asst. U.S. Attorney: | Laurel J. Holland | Date Supervision Commenced: February 1, 2018 |
| Defense Attorney: | Jeffrey S. Dahlberg | Date Supervision Expires: June 30, 2020 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On or about February 4 and 12, 2018, Mr. Jasway consumed methamphetamine.<br><br>Mr. Jasway's conditions were reviewed with him on February 6, 2018. He signed his conditions of supervision acknowledging an understanding of his conditions which includes special condition number 3, as noted above. |

Prob12C
**Re: Jasway, Willie**
**February 16, 2018**
**Page 2**

On February 6, 2018, Mr. Jasway reported to the United States Probation Office. A urinalysis sample (UA) was collected which yielded a presumptive positive result for methamphetamine. Mr. Jasway admitted to consuming methamphetamine on or about February 4, 2018, and signed a drug use admission form.

On February 14, 2018, Mr. Jasway reported to the United States Probation Office. A UA sample was collected which yielded a presumptive positive result for methamphetamine. Mr. Jasway admitted to consuming methamphetamine on or about February 12, 2018, and signed a drug use admission form.

2    **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: On February 9 and 16, 2018, Mr. Jasway failed to report to the United States Probation Office as directed.

Mr. Jasway's conditions were reviewed with him on February 6, 2018. He signed his conditions acknowledging an understanding of his conditions which includes standard condition number 2, as noted above.

On February 6, 2018, Mr. Jasway reported to the United States Probation Office. During that visit, he was instructed to report next on February 9, 2018. Mr. Jasway failed to report as directed on February 9, 2018.

On February 12, 2018, the undersigned attempted to locate Mr. Jasway at his residence. The undersigned made contact with Mr. Jasway's girlfriend who stated he was not home. The undersigned advised her Mr. Jasway was overdue to report, provided her a business card, and asked her to advise Mr. Jasway to call or report by 10 a.m. on February 13, 2018, or Court action would be requested. She stated she would do so. Mr. Jasway called the undersigned on February 13, 2018, and agreed to report on February 14, 2018, by 4 p.m.

On February 14, 2018, Mr. Jasway reported as agreed. During this visit he was instructed to report next to the probation office on Friday, February 16, 2018 by 12 p.m. for the purpose of providing a UA sample. Mr. Jasway failed to report by 12 p.m. on February 16, 2018, and his current whereabouts are unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    February 16, 2018

s/Jonathan Barcom

Jonathan Barcom
U.S. Probation Officer

Prob12C
**Re: Jasway, Willie**
**February 16, 2018**
Page 3

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

02/16/2018
Date